(81 South. 199)

UPSHAW v. STATE.   (3 Div. 333.)

(Court of Appeals of Alabama.   Jan. 14, 1919.)

Appeal from Circuit Court, Montgomery County;  Leon McCord, Judge.

Milton Upshaw was convicted of grand larceny, and he appeals.   Affirmed.

W. R. Brassell and Brassell & Brassell, all of Montgomery, for appellant.

Emmett S. Thigpen, Atty. Gen., for the State.

BRICKEN, J.   The defendant was indicted, tried, and convicted of the offense of grand larceny.

This appeal is upon the record, without a bill of exceptions.   An examination of the record discloses that the proceedings were regular in all things and are free from error.   It follows that the judgment of conviction must be affirmed.

Affirmed.

(81 South. 199)

UPSHAW v. STATE.   (3 Div. 334.)

(Court of Appeals of Alabama.   Jan. 14, 1919.)

Appeal from Circuit Court, Montgomery County;  Leon McCord, Judge.

Milton Upshaw was convicted of grand larceny, and he appeals.   Affirmed.

W. R. Brassell and Brassell & Brassell, all of Montgomery, for appellant.

Emmett S. Thigpen, Atty. Gen., for the State.

SAMFORD, J.   The defendant was tried and convicted of grand larceny.   There is no bill of exceptions in the record, and we find no error in the record.

The judgment is affirmed.

Affirmed.

———

(81 South. 199)

UPSHAW v. STATE.   (3 Div. 335.)

(Court of Appeals of Alabama.   Feb. 11, 1919.)

Appeal from Circuit Court, Montgomery County;  Leon McCord, Judge.

Proceeding between the State and Milton Upshaw.   From a judgment therein, the latter appeals.   Affirmed.

W. R. Brassell and Brassell & Brassell, all of Montgomery, for appellant.

Emmett S. Thigpen, Atty. Gen., and David W. W. Fuller, Asst. Atty. Gen., for the State.

BROWN, P. J.   We have examined the record for errors, and, finding none, the judgment is affirmed.

Affirmed.